UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME NOCELO, DOMINGO ROJAS and CECILIO CORDOBA, individually and on behalf of others similarly situated, | ECF Case |
| Plaintiffs | CIVIL ACTION NO. 13-CV-6492 (KBF) |
| -against- | |
| PAX VENTURES LLC (d/b/a EUROPA CAFÉ), 545 FIFTH AVENUE BAKE LLC (d/b/a EUROPA CAFÉ), PETER XENOPOLOUS, ALEXANDER XENOPOLOUS and KOSTAS KARAGIANNIS, | **545 FIFTH AVENUE BAKE LLC RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, 545 Fifth Avenue Bake LLC (d/b/a Europa Café), by its undersigned attorneys, Duane Morris LLP, hereby submit the following Corporate Disclosure Statement:

545 Fifth Avenue Bake LLC (d/b/a Europa Café), has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: December 11, 2013

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Michael Tiliakos
ANTHONY J. RAO (AR-8482)
MICHAEL TILIAKOS (MT-1678)
CHRISTINA J. FLETCHER (CF-1026)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Defendants*