UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME NOCELO, DOMINGO ROJAS and CECILIO CORDOBA, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>-against-<br><br>PAX VENTURES LLC (d/b/a EUROPA CAFÉ), 545 FIFTH AVENUE BAKE LLC (d/b/a EUROPA CAFÉ), PETER XENOPOLOUS, ALEXANDER XENOPOLOUS and KOSTAS KARAGIANNIS,<br><br>Defendants. | ECF Case<br><br>CIVIL ACTION NO. 13-CV-6492 (KBF)<br><br>**PAX VENTURES LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, Pax Ventures LLC (d/b/a Europa Café), by its undersigned attorneys, Duane Morris LLP, hereby submit the following Corporate Disclosure Statement:

Pax Ventures LLC (d/b/a Europa Café), has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED:  December 11, 2013

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Michael Tiliakos
ANTHONY J. RAO (AR-8482)
MICHAEL TILIAKOS (MT-1678)
CHRISTINA J. FLETCHER (CF-1026)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Defendants*