```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAIME NOCELO, et al.,

                Plaintiffs,

     -v-

PAX VENTURES LLC, et al.,

                Defendants.
------------------------------------------------------------X

13 Civ. 6492 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The telephonic status conference previously scheduled for February 7, 2014 at 2:30 P.M. is hereby rescheduled to **February 13, 2014** at **12:30 P.M.**

SO ORDERED.

Dated:    New York, New York
             January 31, 2014

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge