UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME NOCELO, DOMINGO ROJAS, and
CECILIO CORDOBA, individually and on behalf
of others similarly situated,

                          Plaintiffs,

-against-

PAX VENTURES LLC (d/b/a EUROPA CAFÉ),
545 FIFTH AVENUE BAKE LLC (d/b/a EUROPA
CAFÉ), PETER XENOPOULOS, ALEXANDER
XENOPOULOS and KOSTAS KARAGIANNIS,

                          Defendants.

Case No.: 13-CV-6492 (KBF)

NOTICE OF APPEARANCE OF
CHRISTINA J. FLETCHER
ON BEHALF OF DEFENDANTS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Christina J. Fletcher, an attorney admitted to practice in this Court, hereby enters her appearance as counsel of record on behalf of Defendants in the above-captioned action. Further communications, correspondence, and orders may be directed to counsel at the address reflected below.

Dated: February 4, 2014
New York, New York

                          **DUANE MORRIS LLP**

                          /s/ *Christina J. Fletcher*
                          Christina J. Fletcher

                          **DUANE MORRIS LLP**

                          1540 Broadway
                          New York, New York  10036
                          Telephone:  212.471.4720
                          Facsimile:  212 656.1219
                          Email:  CJFletcher@duanemorris.com

                          *Attorneys for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I, Christina J. Fletcher, hereby certify that on February 3, 2014, I served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon the following counsel of record for Plaintiffs:

1. Michael Antonio Faillace, Esq., Joshua S. Androphy and Charles Russell Fritch
   **Michael Faillace & Associates, P.C.**
   One Grand Central Place
   60 East 42nd Street, Suite 2020
   New York, NY 10165

                                            /s/ Christina J. Fletcher
                                            Christina J. Fletcher