```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAIME NOCELO, et al.,

                Plaintiffs,          13 Civ. 6492 (KBF)

     -v-

                                            ORDER

PAX VENTURES LLC, et al.,

                Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Due to the circumstances beyond the Court's control, the telephonic status conference previously scheduled for February 24, 2014 at 2:00 P.M. is hereby rescheduled to **February 25, 2014** at **2:30 P.M.** The parties shall call chambers (212-805-0139) from a single line at the time of the conference.

SO ORDERED.

Dated:     New York, New York
             February 21, 2014

                                            _____
                                               KATHERINE B. FORREST
                                               United States District Judge