UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAIME NOCELO, DOMINGO ROJAS and CECILIO
CORDOBA, *individually and on
behalf of others similarly situated*,

               *Plaintiff,*                    **[PROPOSED]
PROTECTIVE ORDER**

          -against-                     **ECF Case**

PAX VENTURES LLC (d/b/a EUROPA CAFE), 545
FIFTH AVENUE BAKE LLC (d/b/a EUROPA CAFE),
PETER XENOPOULOS, ALEXANDER
XENOPOULOS and KOSTAS KARAGIANNIS,
                        *Defendants.*

-----------------------------------------------------------------X

      Good cause for a protective order protecting disclosure of information concerning Plaintiffs' tax filings having been shown, it is hereby ORDERED that:

      1.    Defendants shall not seek discovery in this action concerning any Plaintiff's tax filings.

      2.    Defendants shall not utilize in litigation or at trial in this action information concerning any Plaintiff's tax filings.

Dated: New York, New York

      MARCH_____2014

                                                  SO ORDERED:

                                                  _____
                                                  HON. JUDGE FORREST
                                                  United States District Judge