# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

LFranco@FaillaceLaw.com

**March 20, 2014**

**Filed Via ECF and Email to ForrestNYSDChambers@nysd.uscourts.gov.**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Nocelo et al v. Pax Ventures LLC., et al. <u>13 CV 6492 (KBF)</u>

Dear Judge Forrest:

  On Monday, March 17th, Plaintiffs petitioned the court to issue a protective order barring Defendants from seeking discovery of Plaintiffs', tax filings, social security and/or tax ID number, or authorization to work in the United States.

  We wish to inform Your Honor know that the dispute has been resolved and no protective order or any other form of court intervention is needed in anticipation of Plaintiffs' depositions due to take place Monday, March 24th.

  We thank the Court for its attention to this matter.

            Respectfully Submitted,

            /s/Lina Franco
            Lina M. Franco

cc: Michael Tiliakos, Esq. (via email)
   Natalie F. Hrubos, Esq. (via email)