```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME NOCELO, DOMINGO ROJAS, AND
CECILIO CORDOBA, INDIVIDUALLY AND
ON BEHALF OF OTHERS SIMILARLY
SITUATED

  PLAINTIFFS,

  V.

PAX VENTURES LLC (D/B/A EUROPA CAFÉ),
545 FIFTH AVENUE BAKE LLC (D/B/A
EUROPA CAFÉ), PETER XENOPOULOS,
ALEXANDER XENOPOULOS, AND KOSTAS
KARAGIANNIS,

  DEFENDANTS.

CASE NO.: 13-CV-6492 (KBF)

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Natalie Hrubos, counsel for Defendants, Pax Ventures LLC (d/b/a Europa Cafe), 545 Fifth Avenue Bank LLC (d/b/a Europa Cafe), Peter Xenopoulos, Alexander Xenopoulos, and Kostas Karagiannis, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: March 25, 2014

K. B. Forrest
United States District Court Judge
Southern District of New York

Copies to:

Distribution to all registered counsel by CM/ECF.

C:\Users\axu210\Desktop\Motion to Appear Pro Hac Vice (Natalie Nrubos).docx