# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

JAndrophy@faillacelaw.com

June 12, 2014

**Filed Via ECF**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Nocelo et al v. Pax Ventures LLC., et al. 13 CV 6492 (KBF)

Dear Judge Forrest:

We represent Plaintiffs in the above referenced matter and write jointly with Defendants to respectfully request a brief extension of the deadline to submit materials in support of the fairness of the settlement.

The deadline to submit such materials is currently set for June 16, 2014. (ECF # 41). The parties have exchanged drafts of the settlement agreement and some terms unrelated to the settlement amount are still being negotiated by counsel.

Accordingly, the parties jointly respectfully request an extension of the deadline to submit materials in support of the fairness of the settlement agreement to June 30, 2014.

We thank the Court for its attention to this matter.

/s/ Joshua S. Androphy
Joshua S. Androphy

cc: All counsel (via ECF)

*Certified as a minority-owned business in the State of New York*