# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

JAndrophy@faillacelaw.com

June 30, 2014

**Filed Via ECF**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Nocelo et al  v. Pax Ventures LLC., et al. 13 CV 6492 (KBF)

Dear Judge Forrest:

    We represent Plaintiffs in the above referenced matter and write jointly with Defendants to respectfully request a second brief extension of the deadline to submit materials in support of the fairness of the settlement.

    The deadline to submit such materials is currently set for June 30, 2014. (ECF # 43). The parties are finalizing the language of the settlement agreement and submissions in support of the fairness of the settlement, and will need to obtain signatures on the settlement agreement.  We previously requested one two week extension of the deadline, which request was granted.p

    Accordingly, the parties jointly respectfully request an extension of the deadline to submit materials in support of the fairness of the settlement agreement to July 14, 2014.  We will make every effort to submit such materials before that date.

    We thank the Court for its attention to this matter.

                         /s/ Joshua S. Androphy
                         Joshua S. Androphy


cc:    All counsel (via ECF)

*Certified as a minority-owned business in the State of New York*