# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

JAndrophy@faillacelaw.com

June 30, 2014

**Filed Via ECF**

Honorable Katherine B. Forrest  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014
```

   Re: <u>Nocelo et al  v. Pax Ventures LLC., et al. 13 CV 6492 (KBF)</u>

Dear Judge Forrest:

  We represent Plaintiffs in the above referenced matter and write jointly with Defendants to respectfully request a second brief extension of the deadline to submit materials in support of the fairness of the settlement.

  The deadline to submit such materials is currently set for June 30, 2014. (ECF # 43). The parties are finalizing the language of the settlement agreement and submissions in support of the fairness of the settlement, and will need to obtain signatures on the settlement agreement.  We previously requested one two week extension of the deadline, which request was granted.p

  Accordingly, the parties jointly respectfully request an extension of the deadline to submit materials in support of the fairness of the settlement agreement to July 14, 2014.  We will make every effort to submit such materials before that date.

  We thank the Court for its attention to this matter.

                /s/ Joshua S. Androphy  
                Joshua S. Androphy

cc: All counsel (via ECF)

```
Request granted.
So Ordered.

_____
Katherine B. Forrest    6/30/2014
United States District Judge
```

*Certified as a minority-owned business in the State of New York*