UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 5 2014
```

-------------------------------------------------------------X

JAIME NOCELO, et al.,

              Plaintiffs,

      -v-

PAX VENTURES LLC, et al.,

              Defendants.

-------------------------------------------------------------X

13 Civ. 6492 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On July 14, 2014, the Court received the parties' proposed settlement materials in the above-referenced action. The Court hereby ORDERS plaintiffs' counsel to provide it with the billing rates used to calculate its attorneys' fees.

SO ORDERED.

Dated:      New York, New York
                July 15, 2014

                                          KATHERINE B. FORREST
                                          United States District Judge